QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert W. Stone (Bar No. 163513)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Fax:                (650) 801-5100
robertstone@quinnemanuel.com

  Sam S. Stake (Bar No. 257916)
  Elle Xuemeng Wang (Bar No. 328839)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700
samstake@quinnemanuel.com
ellewang@quinnemanuel.com

  Aaron Perahia (Bar No. 304554)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100
aaronperahia@quinnemanuel.com

*Attorneys for Commure, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMURE, INC., a Delaware corporation, | Case No. 3:24-cv-02592-AMO |
| Plaintiff, | Honorable Araceli Martínez-Olguín |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF COMMURE, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |
| CANOPY WORKS, INC. f/k/a SMPLABS, INC., a Delaware corporation, SHAN SINHA, an individual, and VINAY PULIM, an individual, | Date:           January 2, 2025<br>Time:           2:00 p.m.<br>Courtroom:   10, 19th Floor |
| Defendants. | |

The Court has received Plaintiff Commure, Inc.'s ("Commure") Motion for Preliminary Injunction (the "Motion"). Having considered the Motion and all supporting papers, the response of Defendant Canopy Works, Inc. ("Canopy"), and replies thereto, and all other arguments of the parties, and good cause having been shown, the Court finds that Commure is entitled to a preliminary injunction.

In consideration of the record, Commure has demonstrated that: (i) it is likely to succeed on the merits of its breach of contract claim; (ii) absent injunctive relief, Commure is likely to suffer irreparable harm; (iii) the balance of equities favors Commure; and (iv) the public interest supports an injunction.

Accordingly, the Court GRANTS the Motion and hereby ORDERS as follows:

1. Canopy is preliminary enjoined and restrained, pending trial in this matter, from failing to comply with its obligations under the Reseller Agreement (the "Agreement"), including:

    (a) refusing to acknowledge valid warranty claims for defective, unencrypted badges as set forth in the Reseller Agreement,

    (b) impeding Commure's ability to obtain replacement, encrypted badges that conform to the requirements in the Reseller Agreement, or

    (c) interpreting the warranty provisions of the Reseller Agreement in a manner that would allow the circulation of non-conforming, unencrypted badges.

2. The Court shall retain jurisdiction to enforce the terms of this injunction.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
HONORABLE ARACELI MARTÍNEZ-OLGUÍN